165 So. 76

## Ex parte Robert J. WHEELER, Judge.

### 6 Div. 850.

Supreme Court of Alabama.

Nov. 21, 1935.

Rehearing Denied Jan. 16, 1936.

Erle Pettus and Erle Pettus, Jr., both of Birmingham, for petitioner.

Roderick Beddow and G. Ernest Jones, both of Birmingham, for respondent.

BOULDIN, Justice.

This cause is governed by like principles as that of Ex parte Robert J. Wheeler, as Judge, etc., ante, p. 356, 165 So. 74, and the writ of prohibition is granted on the authority of that case.

Writ granted.

GARDNER, FOSTER, and KNIGHT, JJ., concur.